# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| LINDA BILLINGSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CV1003 HEA |
| | ) | |
| U.S. BANK TRUST NA, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On May 30, 2007, the Court issued an order directing plaintiff to show cause why this action should not be dismissed for either lack of jurisdiction or because plaintiff is precluded from bringing this action by the doctrine of res judicata. After reviewing the Court file along with plaintiff's response to the Show Cause Order, the Court finds that plaintiff is attempting to appeal from a state court judgment. Consequently, the Court lacks jurisdiction over this case and it shall be dismissed. *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 486 (1983) (United States Supreme Court has exclusive federal jurisdiction to hear appeals from state court judgments.).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** for lack of jurisdiction.

An Order of Dismissal shall accompany this Memorandum and Order.

Dated this 25th Day of June, 2007.

                                              HENRY EDWARD AUTREY
                                          UNITED STATES DISTRICT JUDGE